170 A.3d 947

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CLYDE GAYLE, DEFENDANT-PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000575–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 947

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. URIE RIDGEWAY, DEFENDANT-PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001282–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.